**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Wayne J. Younger<br>         Debtor(s). | Case No. 09-19863-WCH<br><br>Chapter 7 |

**Application of Chapter 7 Trustee to Employ Counsel**

Warren E. Agin, the duly appointed chapter 7 Trustee (the "Trustee") of the above debtor(s) (the "Debtor"), hereby submits this application for authority pursuant to 11 U.S.C. § 327 (a, d) to retain Thomas J. Raftery, Esquire as counsel to the Trustee. In support of his Application, the Trustee respectfully represents as follows:

    1.    On October 16, 2009, the Debtor filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code, and thereafter the movant was appointed as chapter 7 trustee of the Debtor's estate. The Trustee continues to serve as chapter 7 trustee.

    2.    The Trustee hereby applies for authority to employ Thomas J. Raftery as his attorney under a general retainer for services to be rendered regarding the following:

    (a)    To assist, advise and represent the Trustee in the dministration of this case;

    (b)    To assist, advise and represent the Trustee in any investigation of the acts, conduct, assets, liabilities and financial condition of



12/14/2009 Approved.

  the debtors;

(c) To assist, advise and represent the Trustee with respect to the prosecution or defense of any action brought by or against the estate;

(d) To assist, advise and represent the Trustee with respect to the allowance or disallowance of any claims filed against the Debtors' estate;

(e) To assist, advise and represent the Trustee with respect to the preparation of opposing collection and liquidation of the Debtors' assets and any other matters relevant to this proceeding; and

(f) To assist, advise and represent the Trustee in connection with any other matters that may be necessary and appropriate in the administration of this case.

3. Mr. Raftery's hourly rate is $310 per hour.

4. To the best of the Trustee's knowledge, information and belief, Mr. Raftery has no connection with the Debtors, their creditors or any other party-in-interest, and represents no interest adverse to the Debtor's estate in the matters for which it is to be retained, other than as may be set forth in his affidavit submitted herewith.

  WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

(i) Authorizing the Trustee to employ and retain Thomas J. Raftery, Esquire as his counsel, to perform the legal services recited herein; and

 (ii) Granting such other and further relief as this Court deems just and proper.

          Warren E. Agin, chapter 7 trustee,

          By his attorney,

          /s/Thomas J. Raftery
          Thomas J. Raftery (BBO# 410740)
          **Raftery Law Offices**
          Post Office Box 812
          North Chatham, MA 02650-0812
          (888) 472-0008
          thomas@raftery.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re:

Wayne J. Younger

    Debtor(s).

Case No.  09-19863-WCH

Chapter 7

### SWORN STATEMENT OF PROFESSIONAL PERSON

I, Thomas J. Raftery, do hereby state as follows:

1. I am an attorney with a place of business at 39 Parliament Drive, North Chatham, Massachusetts.

2. I hereby represent that neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named debtor.

3. My, and my firm's connections with the debtor, creditors, or any other party in interest, their respective attorneys and accountants are as follows:  none.

4. I hereby represent that I and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. § 101 (14).

5. I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case, except with members of Raftery Law Offices.

6. I have not received a retainer in this case.

7. I shall amend this statement immediately upon my learning that (A) any of

the within representations are incorrect of (B) there is any change of circumstances relating thereto.

8.    I have reviewed the provisions of Massachusetts Local Rule of Bankruptcy Procedure 2016-1.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  December 3, 2009

/s/Thomas J. Raftery
Thomas J. Raftery (BBO# 410740)
**Raftery Law Offices**
Post Office Box 812
North Chatham, MA 02650-0812
(888) 472-0008
thomas@raftery.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In re:

Wayne J. Younger

    Debtor(s).

Case No. 09-19863-WCH

Chapter 7

### Declaration Re: Electronic Filing

PART I - DECLARATION

    I, Thomas J. Raftery, *hereby declare under penalty of perjury* that all of the information contained in my **Sworn Statement of Professional Person** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

    Dated December 3, 2009.

                            Signed:    /s/Thomas J. Raftery
                                               Thomas J. Raftery

PART II – DECLARATION OF ATTORNEY

      I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: December 3, 2009.

      Signed:              /s/Thomas J. Raftery
                                  Thomas J. Raftery (BBO# 410740)
                                  **Raftery Law Offices**
                                  Post Office Box 812
                                  North Chatham, MA 02650-0812
                                  (888) 472-0008
                                  thomas@raftery.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

In re:

Wayne J. Younger

    Debtor(s).

Case No.  09-19863-WCH

Chapter 7

### CERTIFICATE OF SERVICE

I, Thomas J. Raftery, do hereby certify that:

A.    on December 3, 2009, I caused a Notice of Electronic Filing to be electronically transmitted to the following parties with respect to the Application Of Chapter 7 Trustee To Employ Counsel and Sworn Statement of Professional Person (the "Pleading(s)"):

    Counsel for the Debtor(s): James P. Bardsley

    Office of the U.S. Trustee

B.    on December 3, 2009, I served a copy of the Pleadings on the following parties by mailing a copy of the same by first class mail, postage prepaid, except where the Notice of Electronic Filing indicated that Notice was electronically mailed to the party: none.

Signed under the penalties of perjury December 3, 2009.

/s/Thomas J. Raftery
Thomas J. Raftery (BBO# 410740)
**Raftery Law Offices**
Post Office Box 812
North Chatham, MA 02650-0812
(888) 472-0008
thomas@raftery.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In re:

Wayne J. Younger

    Debtor(s).

Case No. 09-19863-WCH

Chapter 7

## Order on Application of Chapter 7 Trustee To Employ Counsel

The Application of Chapter 7 Trustee to Employ Counsel having come on before me for hearing, sufficient notice having been given and it appearing that the proposed counsel have or represent no interest adverse to the debtor's estate, and good case appearing to me therefore, it is hereby

ORDERED that the Trustee is hereby authorized to retain Swiggart & Agin, LLC as general counsel in this case. Counsel's fees will be subject to the last sentence of 11 U.S.C. § 328(a), and review and further order of this court.

Dated: _____

 

_____
William C. Hillman,
U.S. Bankruptcy Judge